MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT EARL DEWITT, | Case No.: 2:24-cv-03375-JDP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 7, 2025, up to and including May 7, 2025.

    This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with another brief, both of which are due in April 2025. Moreover, counsel already has seven other briefs due in approximately the next month (including one also due on April 7, 2025), along with other litigation matters. Thus, Defendant requires an extension in this case, and may require

extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 20, 2025        /s/  Francesco Paulo Benavides*
                             (*as authorized via e-mail on March 20, 2025)
                             FRANCESCO PAULO BENAVIDES
                             Attorney for Plaintiff

Dated: March 20, 2025        MICHELE BECKWITH
                             Acting United States Attorney

                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation, Office 7

                    By:      /s/ Mary Tsai
                             MARY TSAI
                             Special Assistant U.S. Attorney
                             Office of Program Litigation, Office 7

                             Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 7, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    March 20, 2025                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE