| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | MATHEW W. PILE, WSBA No. 32245 |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | MARY TSAI, CSBN 216963 |
| | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
| | Office of the General Counsel |
| 6 | Social Security Administration |
| 7 |     6401 Security Boulevard |
| |     Baltimore, MD 21235 |
| 8 |     Telephone: (510) 970-4864 |
| |     E-Mail: mary.tsai@ssa.gov |
| 9 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT EARL DEWITT, | Case No.: 2:24-cv-03375-JDP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR A SECOND EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from May 7, 2025, up to and including June 23, 2025.

This is Defendant's second request for an extension, and it is made with good cause. Counsel for Defendant is leaving the agency and so, the agency requires additional time to reassign this matter to another attorney and to prepare its response to Plaintiff's Motion for Summary Judgment. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

Stip. for Ext.; 2:24-cv-03375-JDP                                 1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                            Respectfully submitted,

Dated: April 29, 2025                    /s/ Francesco Paulo Benavides*
                                         *(as authorized via e-mail on April 29, 2025)*
                                         FRANCESCO PAULO BENAVIDES
                                         Attorney for Plaintiff

Dated: April 29, 2025                    MICHELE BECKWITH
                                         Acting United States Attorney

                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Office of Program Litigation, Office 7

                                 By:     /s/ Mary Tsai
                                         MARY TSAI
                                         Special Assistant U.S. Attorney
                                         Office of Program Litigation, Office 7

                                         Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 23, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   May 1, 2025                     _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-cv-03375-JDP                    2